UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVROHOM DIER, on behalf of himself and all other similarly situated consumers,<br><br>　　　　　　　　　　Plaintiff,<br>-against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:16-cv-432<br><br>FILED<br>IN CLERK'S OFFICE<br>US DISTRICT COURT E.D.N.Y.<br><br>★　SEP 28 2016　★<br><br>BROOKLYN OFFICE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, AVROHOM DIER, and the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, by counsel, and hereby moves the Court to dismiss with prejudice all claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC is DISMISSED with prejudice.

AND THIS CAUSE IS ENDED.

Entered this 27 day of September, 2016.

　　　　　　　　　　　　　　　　　s/ Edward R. Korman
　　　　　　　　　　　　　　　　　Edward R. Korman
　　　　　　　　　　　　　　　　　United States District Judge

**WE ASK FOR THIS:**

*/s/ Adam J. Fishbein*
Adam J. Fishbein
*Counsel for Plaintiff Avroham Dier*
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, New York 11598
Telephone: (516) 668-6945
Email: fishbeinadamj@gmail.com

*/s/ Devika Persaud*
Devika Persaud
*Counsel for Portfolio Recovery Associates, LLC*
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1330
Facsimile: (804) 697-1339
Email: devika.persaud@troutmansanders.com

29255535